**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RANDY HARRIS and GLORIA HARRIS                                             PLAINTIFFS

v.                                   NO. 5:09CV00179 JLH

ROBERT LADD                                                                DEFENDANT

### ORDER

The Amended Final Scheduling Order entered on November 19, 2010, set this matter for jury trial to commence at 9:15 a.m. sometime during the week of November 14, 2011, in Pine Bluff, Arkansas.  The Court has determined that the jury trial will begin at ***9:15 a.m. on MONDAY, NOVEMBER 14, 2011,*** in Courtroom #3602, George Howard, Jr. Federal Building and United States Courthouse, 100 East 8th Avenue, Pine Bluff, Arkansas.  Counsel should be present thirty minutes prior to trial.

IT IS SO ORDERED this 28th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE