**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RANDY HARRIS and GLORIA HARRIS                                              PLAINTIFFS

v.                                             No. 5:09CV00179 JLH

ROBERT LADD                                                                      DEFENDANT

## AMENDED JUDGMENT

On the 1st day of February, 2012, this matter came before the Court for trial by jury. The plaintiffs, Randy Harris and Gloria Harris, appeared in person and with their lawyers, John W. Walker and Britt Cannon Johnson. The defendant, Robert Ladd, appeared in person and with his lawyer, Mike Huckabay. All parties announced ready for trial. A jury of twelve was duly selected and sworn.

After completion of all of the evidence and after the jury had been duly instructed on the law, the jury returned verdicts as follows:

> We, the jury, find Randy Harris' damages to be $35,621.00.
> We, the jury, find Gloria Harris' damages to be $24,895.25.

Judgment is therefore entered in favor of Randy Harris against Robert Ladd in the amount of $35,621.00 plus costs of the action and post-judgment interest to accrue at the rate of 0.11% per annum until the date the judgment is satisfied. Judgment is also entered in favor of Gloria Harris against Robert Ladd in the amount of $24,895.25 plus costs of the action and post-judgment interest to accrue at the rate of 0.11% per annum until the date the judgment is satisfied.

IT IS SO ORDERED this 6th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE